**BRISTOL SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## BRCV2013-00205
### Grishey et al v Ocwen Loan Servicing, LLC et al

| | | | | |
|---|---|---|---|---|
| **File Date** | 03/04/2013 | **Status** | Needs review for service (acneserv) | |
| **Status Date** | 03/04/2013 | **Session** | B - CtRm B - Upper (New Bedford) | |
| **Origin** | 1 - Complaint | **Case Type** | D01 - Specific performance of contract | |
| **Track** | A - Average track | **Lead Case** | | **Jury Trial** Yes |

### DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| Served By | | | 07/02/2013 | 04/28/2014 | 02/22/2015 | 03/24/2015 | | |
| Filed By | 06/02/2013 | 07/02/2013 | 08/01/2013 | 05/28/2014 | | 04/23/2015 | | 02/17/2016 |
| Heard By | | | 08/31/2013 | 05/28/2014 | | | 08/21/2015 | |

### PARTIES

**Plaintiff**
Dale w. Grishey
14 Algerine Street
Berkley, MA 02779
Active 03/04/2013

**Private Counsel 554154**
Sara M Quinn
22 Bedford Street
1st Floor
Fall River, MA 02720
Phone: 508-676-6265
Fax:
Active 03/04/2013 Notify

**Plaintiff**
Edward R. Grishey, Jr.
14 Algerine Street
Berkley, MA 02779
Active 03/04/2013

*** See Attorney Information Above ***

**Defendant**
Ocwen Loan Servicing, LLC
Service pending 03/04/2013

**Defendant**
U.S. Bank National Association, as trustee for the CMLTI Asset-B
Service pending 03/04/2013

MASXP-20110425
celeste

Case 1:13-cv-10569-RGS   Document 5-1   Filed 03/13/13   Page 2 of 2

03/13/2013
11:35 AM

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2013-00205
### Grishey et al v Ocwen Loan Servicing, LLC et al

**Other interested party**
File Copy
Active 03/04/2013 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/04/2013 | 1.0 | Complaint & civil action cover sheet filed |
| 03/04/2013 | | Origin 1, Type D01, Track A. |
| 03/04/2013 | 2.0 | Plaintiffs' MOTION for Short Order of Notice |
| 03/04/2013 | 3.0 | Plaintiffs' Application for A Temporary Restraining Order and Motion for Preliminary Injunction; Memorandum of Law in Support of Plaintiffs' Application for A Temporary Restraining Order and Motion for Preliminary Injunction |
| 03/04/2013 | | Motion (P#2) Summons and Order of Notice to issue returnable Tuesday, March 12, 2013 at 3pm. (Erin J. Tierney, AC/M) (Thomas F. McGuire, Jr., Justice). Notices mailed 3/4/2013 |
| 03/04/2013 | 4.0 | Summons and order of notice issued; returnable 3/12/2013 at 3:00pm in the "B" Session. (Erin J. Tierney, AC/M) |
| 03/05/2013 | | One Trial case upon review of judge, case to remain in Superior Court.. (Thomas F. McGuire, Jr., Justice) |
| 03/12/2013 | 5.0 | Notice of filing of Notice of Removal to Federal Court. |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 03/04/2013 | CtRm B - Upper (New Bedford) | Status: by clerk Initial One Trial Review | Event held as scheduled |
| 03/12/2013 | CtRm B - Upper (New Bedford) | Motion/Hearing: prel inj P#3 Plaintiffs' Application for A Temporary Restraining Order and Motion for Preliminary Injunction; Memorandum of Law in Support of Plaintiffs' Application for A Temporary Restraining Order and Motion for Preliminary Injunction | Event canceled not re-scheduled |

A True Copy By Photostatic Process
Attest:
Asst Clerk of Courts